

Search for Cases by:  Select Search Method...

GrantedPublicAccess **Logoff BATESLAWGROUP**

**Judicial Links**   |   **eFiling**   |   **Help**   |   **Contact Us**   |   **Print**

## 20SL-CC04307 - WILLIE COX V LYNN WOODARD (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

| | | | |
|---|---|---|---|
| **Judge/Commissioner Assigned:** | BORBONUS, JOHN N. III | **Date Filed:** | 08/25/2020 |
| **Location:** | St Louis County | **Case Type:** | CC Chpter 536 State Agcy Rvw |
| **Disposition:** | Not Disposed | | |

Track This Case

Case.net Version 5.14.0.18                    Return to Top of Page                    Released 09/01/2020

EXHIBIT
1

 

Search for Cases by:  Select Search Method...

**Judicial Links**   |   **eFiling**   |   **Help**   |   **Contact Us**   |   **Print**

GrantedPublicAccess  **Logoff BATESLAWGROUP**

## 20SL-CC04307 - WILLIE COX V LYNN WOODARD (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **COX , WILLIE , Plaintiff Acting Pro Se**

6929 CLAREMORE AVE.
SAINT LOUIS, MO 63121

○ **WOODARD , LYNN , Defendant**

POE: 8374 MIDLAND BLVD.
VINITA PARK, MO 63114

Case.net Version 5.14.0.18                    Return to Top of Page                    Released 09/01/2020

 

Search for Cases by:  Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print          GrantedPublicAccess  Logoff BATESLAWGROUP

### 20SL-CC04307 - WILLIE COX V LYNN WOODARD (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ◉ Descending   Display Options:  All Entries
                   ○ Ascending

---

**09/15/2020**  ☐ **Subpoena Prepared**
Document ID: 20-SUBP-490, for WOODARD, LYNN

**09/14/2020**  ☐ **Filing:**
DEMAND FOR TRIAL BY JURY
   **Filed By:** WILLIE COX

**09/10/2020**  ☐ **Summons Personally Served**
Document ID - 20-SMCC-7891; Served To - WOODARD, LYNN; Server - REKIC, MUHAREM; Served Date - 08-SEP-20; Served Time - 00:00:00; Service Type - Territory 6; Reason Description - Served; Service Text - PS

**08/27/2020**  ☐ **Judge/Clerk - Note**
SERVICE PAPERS DELIVERED TO ST LOUIS COUNTY SHERIFF'S DEPARMENT FOR SERVICE BY ST LOUIS COUNTY SHERIFF.

☐ **Summons Issued-Circuit**
Document ID: 20-SMCC-7891, for WOODARD, LYNN.

**08/25/2020**  ☐ **Receipt Filed**

☐ **Filing:**
PLTP'S SERVICE INSTRUCTIONS

☐ **Confid Filing Info Sheet Filed**

☐ **Pet Filed in Circuit Ct**

☐ **Judge Assigned**
DIV 6

---

 

Search for Cases by:   Select Search Method...

**Judicial Links**  |  **eFiling**  |  **Help**  |  **Contact Us**  |  **Print**     GrantedPublicAccess **Logoff BATESLAWGROUP**

## 20SL-CC04307 - WILLIE COX V LYNN WOODARD (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |
|---|---|---|---|---|---|---|---|---|

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **3** thru **4** of **4** service records returned for case **20SL-CC04307**.

[1](#) 2

### Issuance

**Issued To:** WOODARD , LYNN       **Date Issued:** 08/27/2020

**Document Issued:** Summons Civil Case-To Dft- Res       **Due Date:** 09/26/2020

**Document ID:** [20-SMCC-7891](#)

**Additional Text:** CG

### Return

**Type Of Service:** Summons Personally Served       **Service/Attempt Date:** 09/08/2020

**Served To:** WOODARD, LYNN

POE: 8374 MIDLAND BLVD.
SAINT LOUIS , MO 63114

**Service Agent:** REKIC

**Service Text:** PS

### Issuance

**Issued To:** WOODARD , LYNN       **Date Issued:** 09/15/2020

**Document Issued:** Subpoena       **Due Date:** 10/14/2020

**Document ID:** 20-SUBP-490

### Return

**Service Agent:** REKIC

Displaying **3** thru **4** of **4** service records returned for case **20SL-CC04307**.

[1](#) 2

 

Search for Cases by:  Select Search Method...

Judicial Links  |  eFiling  |  Help  |  Contact Us  |  Print        GrantedPublicAccess  **Logoff BATESLAWGROUP**

## 20SL-CC04307 - WILLIE COX V LYNN WOODARD (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying **1** thru **2** of **4** service records returned for case **20SL-CC04307**.

1 2

### Issuance

|  |  |
|---|---|
| **Document Issued:** Summons Civil Case-To Dft-Res | **Date Issued:** 08/27/2020 |
|  | **Due Date:** 09/26/2020 |
| **Document ID:** 20-SMCC-7891 |  |
| **Additional Text:** CG |  |

### Return

|  |  |
|---|---|
| **Type Of Service:** Summons Personally Served | **Service/Attempt Date:** 09/08/2020 |
| **Served To:** WOODARD, LYNN |  |
| POE: 8374 MIDLAND BLVD. SAINT LOUIS , MO 63114 |  |
| **Service Agent:** REKIC |  |
| **Service Text:** PS |  |

### Issuance

|  |  |
|---|---|
| **Document Issued:** Subpoena | **Date Issued:** 09/15/2020 |
|  | **Due Date:** 10/14/2020 |
| **Document ID:** 20-SUBP-490 |  |

### Return

| **Service Agent:** REKIC |

Displaying **1** thru **2** of **4** service records returned for case **20SL-CC04307**.

1 2

Case.net Version 5.14.0.18                Return to Top of Page                Released 09/01/2020

OFFICE OF THE CIRCUIT CLERK
CIRCUIT COURT OF ST.LOUIS CO
105 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105
314-615-8035

Invoice No: 286926
Date: 08/25/20

Page: 1

Customer No: 9
Phone No:

WILLIE COX

Cust. Order #: 20SL-CC04307          Salesperson: #23 - DOMINIQUE

| Product Code | Item Description | Qty | Unit Price | Amount |
|---|---|---|---|---|
| 110 | CIVIL & EQUITY FILING | 1 | 105.50 | 105.50 |
| 104 | SHERIFF FEES | 1 | 36.00 | 36.00 |

Sub-Total: 141.50
:
Shipping: 0.00
Tax [   0]: EXEMPT *

Total: 141.50
Check #00444409: 141.50

Amount Paid: 141.50
Amount Due: 0.00
Change: 0.00

T h a n k
Y o u

**FILED**

AUG 2 5 2020

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

_Willie Cox_
Plaintiff(s)

vs.

_LYNN WOODARD_
Defendant(s)

Date  8/25/20

Case Number  20SL-CC04307

Division  6

For File Stamp Only

# FILED

AUG 2 5 2020

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

# NOTICE OF SERVICE

# LYNN WOODARD

# 8374 MIDLAND BLVD.

# VINITA PARK, MISSOURI 63114

PLACE OF EMPLOYMENT

**SO ORDERED**

Willie Cox
Attorney                    Bar No.

6929 CLAREMORE AVE.
Address

314 7803235
Phone No.                   Fax No.

Judge

**ENTERED:** _____
             (Date)

Attorney                    Bar No.

Address

Phone No.                   Fax No.

CCOPR47  Rev. 5/95





FILED

AUG 2 5 2020

JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

Willie Cox

6929 Claremore Ave.

Saint Louis, Missouri 63121

In the Circuit Court of St. Louis County, Missouri

105 S. Central Ave.

Clayton, Missouri 63105

Willie Cox Jr.,                              20SL-CC04307

Complainant                                  DIV. 6

v.

Lynn Woodard

Defendant

## Cause of Action

Civil Rights Violation, False Imprisonment, Fraud and Theft

First, the Constitution is the Supreme law of the land. Any law in conflict is null and void of law. Marbury v. Madison 5 U.S. 137 1503

CONSTITUTION OF MISSOURI: Art. 1 section 1

Section 1. Source of political power-- origin, basis and aim of government. -- That all political power is vested in and derived from the people; that all government or right originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.

Clearly established in Shapiro v Thompson 394 U.S. 618 (1969)

Question: can a state arbitrarily or erroneously convert a

secured liberty into a privilege and issue a license and a fee for it.

Murdock v Pennsylvania 319 U.S. 105 (1943), clearly "no state can convert a secured liberty into a privilege.

The right to travel freely and unencumbered.

Does the state have a right to require that I have a license for the exercise of that right?

Absolutely not!

For each day that my property is in impound the defendant shall pay the sum total $200.00 per day in damages.

Date; 8/25/2020

Willie Cox, the beneficiary of the contract/ trust, all rights reserved.

# JURAT/ACKNOWLEDGEMENT

On this _____day of _____AD, 2020, Willie Cox, the beneficiary of the contract/trust, all rights reserved, did personally appear before me, is known to the person operating in the capacity for signature described herein, who executed the forgoing, acknowledged the contents thereof; and executed the same as his freewill act and deed. Subscribed to before the undersigned.

DATE _08/25 /2020_

Notary Signature

DAKSHA·D·DESAI.

```
DAKSHA D DESAI
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 17868077
St. Louis County
My Commission Expires: May 23, 2023
```

Printed name of Notary

My commission expires: _05/23/2023_

What happens if the state requires me to have a license? Shuttlesworth v Birmingham Alabama 373 U.S. 262 (1963), I can ignore the license and engage in the right with impunity. That means that I cannot be punished.

# Oath of Office

Demand for oath of office.

# Fuduciary duty

A fiduciary duty is an **obligation** to act in the best interest of another party. For instance, a **corporation's** board member has a fiduciary duty to the **shareholders**, a **trustee** has a fiduciary duty to the **TRUST'S BENEFICIARY,** and an **ATTORNEY, AT LAW,** has a fiduciary duty to the **CLIENT.**

Questions:

1) Is stealing part of one's fiduciary duty?

2) Is falsely imprisoning **the beneficiary of the contract/trust with all rights reserved** one's fiduciary duty?

3) Is violating the **CIVIL RIGHTS** of the **BENEFICIARY OF THE CONTRACT/TRUST WITH ALL RIGHTS RESERVED** one's fiduciary duty?

# Relief



FILED

AUG 2 5 2020

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

## SENT TO THE MUNICIPAL COURT BEFORE PLEA.

Willie Cox Jr.

6929 Claremore Ave.

St. Louis, Mo. 63121

To: The (CMC) Consolidated Municipal Courts Divisions, St. Ann Municipal Court Bldg., 10405 St. Charles Rock Road, St. Ann, Mo. 63074

### The Alleged Cause

The City of St. Ann, Missouri

North County Police Cooparative

Lt. Lynn Woodard

the alleged complainants

v.

Willie Cox Jr.

the accused

Now comes the accused, Willie Cox Jr., sui juris in propria persona, appearing not generally, but specially to declare as follows pleading by demurrer:

First, the Constitution is the Supreme Law of the Land. Any law in conflict is null and void of law. Marbury v. Madison 5 U.S. 137 1803

The Right to Travel clearly established in Shapiro v. Thompson 394 U.S. 618 (1969)

Question: Can a state arbitrarily or erroneously convert a secured liberty into a privilege and issue a license and a fee for it?

Murdock v. Pennsylvania 319 U.S. 105 (1943) clearly, "No state can convert a secured liberty into a privilege."

THE RIGHT TO TRAVEL FREELY AND UNENCUMBERED.

  Does the state have a right to require that I have a license for the exercise of that right?

Absolutely not!

What happens if the state requires me to have a license? Shuttlesworth v. Birmingham Alabama 373 U.S. 262 (1963), I can ignore the license and engage in the Right

with impunity. That means that I cannot be punished.

Since I have not willfully done anything evil, I have relied on the Constitution and honored the Supreme Court decisions I have the perfect defense for the charge of willfulness. Means I could not be charged with willfully not going to get a license.

United States v. Bishop 120 U.S. 51 (1887) "an evil motive or intent to avoid a known duty or task under the law with a moral certainty.

16 American Jurisprudence, 2ND, Section 97:

That it shall be interpreted in my favor because I am the clearly intended and expressly designated beneficiary for protection of rights and property.

Bryars v. United States 273 U.S. 28 (1927)    Unlawful Searches and Seizures

Boyd v. United States:

Courts must protect against any encroachment of Constitutionally or Secured Liberty.

Norton v. Shelby County 118 U.S. 425 (1886)

An unconstitutional act is not law, it confers not rights, it

imposes no duties, it affords no protection, it creates no office, it is in legal contemplation as inoperative as though it had never been past.

MOTION FOR DISMISSAL WITH PREJUDICE FOR FAILURE TO STATE A CAUSE OF ACTION FOR WHICH RELIEF CAN BE GRANTED AND I WOULD LIKE MY COSTS AND FEES FOR HAVING TO DEFEND THESE FRIVOLOUS ALLEGED CASES.

COST AND FEES

For every day that my property is in impound the damages shall be $200.00 per day. The total sum paid by each alledged complainant.

For defending of these frivolous alledged cases $150.00

2.

Your Honor, a knowing misrepresentation of the truth or concealment of a material fact to induce another to act to his or he-r detriment do you know what word that describes?

Your Honor, what is a deceitful practice or willful device,

resorted to with intent to deprive another of his right, or in some manner to do him and injury?

Your Honor did you know that no STATE employee or STATE official issues an Attorney a "License", their Private Membership Club, the B.A.R. Association issues them a B.A.R. Card. NOT a License, because the Right to Practice Law is a Common Law Right, which can NOT be Licensed, it is one of my uninnumerated Rights under the Constitution.

Your Honor, did you know that none of the complaints / traffic tickets are signed by anyone?

Your Honor are your familiar with "the fruit of the poisnous tree doctrine?"

Your Honor your employee, at the scene, informed me that he 'pulled me over" because of the lights on my property.

Your Honor did you know that when my locomotion is stopped I am seized by the Fourth Amendment in order for this not to be a violation there has to be probabl cause of a crime?

Your Honor why was not one of the traffic tickets/

complaints about the lights on my property?

Your Honor did you not know that your employees are to be amenable at all times?

Your Honor, is this a court of law or is this a court of equity?

Your Honor, are you an attorney with a license to practice law in the state of Missouri?

Your Honor, do you have a Foreign registration statement?

Your Honor, do you have a sworn oath to support and protect the United States Constitution?

Your Honor, are you a member of the B.A.R.?

Mr. Prosecutor, are you a member of the B.A.R.?

Your Honor, under your retirement fund do you receive a percentage of the charges from the tickets?

Your Honor, if you do isn't that a violation of judicial cannon No. 7?

Your Honor, you being deemed to know the law, don't you know that a traffic ticket is a "Writ of Assistance" or

a "Bill of Attainder", and that "Bills of Attainder" are against the United States Constitution, The Supreme Law of the Land, that you swore an oath to support and protect? Also, no court in the United States or any land subject to its jurisdiction can hear a case about a traffic ticket?

Your Honor, don't you know that my property that your employees took, by force and without my consent, from me had the Fifth Amendment for the Constitution, that you swore to support and protect on the front and rear of it and it was illuminated for all to see day and night?

Mr. Prosecutor, do you know that when your employee forced that mask upon my face, without my consent, which was unlawful for me to do, he sealed the deal?

Your Honor, did you know that when your employees committed that act they were citizens like me?

Your Honor, did you know that it is unlawful to turn on emergency lights when there is no emergency?

Your Honor did you know that an lawful act cannot follow an unlawful one?

Your Honor, don't you know that when your employee

turned those emergency lights on and there was no emergency everything that took place after that was null and void of law?

Your Honor, don't you know that all those other employees, on the scene, I counted about 6, for not stopping that other employee from handcuffing me also breached their sworn oaths as well?

Your Honor, don't you know that when your employee turned on those emergency lights, to pull me over, he breached is oath of office?

Your Honor, did you know that when he breached his oath that he was no longer acting in the capacity of a police officer, but as a citizen like me?

Your Honor don't you know that the people, who I am, are protected by the United States Constitution that you swore to support and protect?

Mr. Prosecutor do you have a license to practice law in the state of Missouri, a sworn oath of office, a foreign registration statement and a anti bribery statement?

Mr. Prosecutor, if you don't have these documents on file or filed with the Secretary of State you have no

standing in any court of law?

Your Honor, do you have an anti-bribery statement?

Your Honor, and Mr. Prosecutor did you know that the private corporation that you work for and have your allegiance to is foreign?

THE BEGINNING

_____ Date 8/22/2020

Willie Cox Jr. All Rights Reserved

JURAT/ACKNOWLEDGEMENT

On this ___22nd___ day of __August__ AD 2020. Willie Cox Jr. did personally appear before me, is known to be the person operating in the capacity for signature described herein, who executed the forgoing, acknowledged the contents thereof; and executed the same as his freewill act and deed. Subscribed to before the undersigned.

_____ DATE: _8/22/2020_

Notary Signature

_____DILIP V DESAI_____

Printed name of Notary

DILIP V DESAI
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 17752754
St. Louis County
My Commission Expires: Dec. 18, 2021

My Commission expires: _____

Abbue-Jah (Willie Cov Jr.)

1) I DO NOT AGREE TO ANY SEARCHES

2) I DO NOT ANSWER QUESTIONS AND I DO NOT SPEAK WITHOUT AN ATTORNEY BEING PRESENT

3) I DO NOT AGREE TO STAY HERE WITH YOU FOR ANY REASON. AM I BEING DETAINING OR AM I FREE TO GO?



FILED

AUG 2 5 2020

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

# WARRANTS

1. The warrants are usually 99.9%- defective warrants.

2. It lacks a proper 4th amendment "verified" complaint in the case record.

3. They can be held personally liable.

4. They (Public Servants/Officers) they have a duty and obligation to investigate before they arrest anyone!!!

5. Can courts proceed to arraignment, or warrant, without a "verified complaint" evidenced in the record? NO!!! Because;

6. All citations are only a police report. It does not rise to the level of evidence for the court to consider as needed for a warrant or subject matter jurisdiction of the case.

7. Now would they admit they were wrong and now face "likely" damages by civil suit unless they absolutely needed the said document to meet due process requirement?

8. One can sue them for false arrest at $10,000 each time, and $3000 each day for false imprisonment, is $103,000 says the USC, and not to forget proprietorial misconduct runs

$50,000 for a total of $153,000.

Proper warrant

1. Causation

2. Probable cause of a crime.

3. Affidavit verified, oath and affirmation, if they don't have these they lack jurisdiction.

Miranda v. Arizona decision 384 US 436

In the absence of other effective measures the following proceedures to safegard the Fifth Amendment priviledges must be observed. The person in custody must prior to interigation be clearly informed that he has a right to remain silent, and that anything that he says will be used against him in a court of law, he must be clearly informed that he has a right to consult with a lawyer and to have a lawyer with him during interigation and that if he is indigent a lawyer will be appointed to represent him. If the individual indicates prior to and during questioning that he wishes to remain silent the interigation MUST CEASE. IF HE STATES THAT HE WANTS AN ATTORNEY THE QUESTIONING MUST CEASE. ...

This is a MISSOURI, NONDRIVER LICENSE. It was sold to me 12/31/2019. Printed on it is "NOT FOR REAL ID PURPOSES." The opposite of real is fake i.e. Fraud. Why would the state of Missouri sell me a fake NONDRIVER LICENSE? The State of Missouri does not sell "Operators Licenses", as printed on the bogus traffic citation/complaint. MISSOURI sells either a DRIVER LICENSE or a NONDRIVER LICENSE. NOW, WHY DO I HAVE TO HAVE A LICENSE TO BE A NONDRIVER? WHY IS A DRIVERS LICENSE NUMBER ON A NONDRIVER LICENSE, NOT FOR REAL ID PURPOSES? WHY IS ALL THE INFORMATION ON THE FRAUDULANT DOCUMENT INCORRECT EXCEPT FOR THE DRIVERS LICENSE NUMBER. I DID NOT GIVE THEM THIS INFORMATION WHEN I WAS SOLD THE FRAUDULANT DOCUMENT, WHERE DID THEY GET THAT INFORMATION FROM? WHY IS MISSOURI IN ALL CAPITAL LETTERS AND NOT

THE STATE OF MISSOURI IN UPPER- AND
LOWER-CASE LETTERS?


FRAUD CONSISTS OF SOME DECEITFUL
PRACTICES OR WILLFUL DEVICE, RESORTED TO
WITHINTENT TO DEPRIVE ANOTHER OF HIS
RIGHT, OR IN SOME MANNER TO DO HIM AN
INJURY. AS DISTINGUISHEDFROM NEGLIGENCE,
IT IS ALWAYS POSITIVE, INTENTIONAL.

A cooperate charter is hanging in the balance.

This is a State of Missouri, Non Drivers License. It was issued to me 12/31/2019. Printed on it is "Not for real ID purposes", and signed "without prejudice." The State of Missouri does not issue "Operators Licenses". The State of Missouri issues either a Drivers License or a Non Drivers License.



FRAUD CONSISTS OF SOME DECEITFUL PRACTICES OR WILLFUL DEVICE, RESORTED TO WITHINTENT TO DEPRIVE ANOTHER OF HIS RIGHT, OR IN SOME MANNER TO DO HIM AN INJURY. AS DISTINGUISHEDFROM NEGLIGENCE, IT IS ALWAYS POSITIVE, INTENTIONAL.

A cooperate charter is hanging in the balance.

21 OF 21



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOHN N. BORBONUS III | Case Number:  20SL-CC04307 |
|---|---|
| Plaintiff/Petitioner:<br>WILLIE COX<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>WILLIE COX<br>6929 CLAREMORE AVE.<br>SAINT LOUIS, MO  63121 |
| Defendant/Respondent:<br>LYNN WOODARD | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Chpter 536 State Agcy Rvw | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  LYNN WOODARD
   Alias:

POE: 8374 MIDLAND BLVD.
VINITA PARK, MO  63114



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>27-AUG-2020</u>
   Date
                                                                 _____ Clerk

Further Information:
CG

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                             Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)        Subscribed and sworn to before me on _____ (date).

My commission expires: _____              _____
                                    Date                                      Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

# SHERIFF FEE PAID

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST.  LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.   A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

*Return*



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division: | Case Number: 20SL-CC04307 |
|---|---|
| JOHN N. BORBONUS III | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| WILLIE COX | WILLIE COX |
| | 6929 CLAREMORE AVE. |
| vs. | SAINT LOUIS, MO 63121 |
| Defendant/Respondent: | Court Address: |
| LYNN WOODARD | ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit: | 105 SOUTH CENTRAL AVENUE |
| CC Chpter 536 State Agcy Rvw | CLAYTON, MO 63105 |

**FILED**

**SEP 15 2020**

**JOAN M. GILMER**
**CIRCUIT CLERK, ST LOUIS COUNTY**
(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: LYNN WOODARD
                          Alias:

POE: 8374 MIDLAND BLVD.
VINITA PARK, MO 63114

*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

27-AUG-2020
Date                                                            _____
                                                                        Clerk
Further Information:
CG

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☒ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years who permanently resides with the Defendant/Respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other
Served at 8374 Midland _____ (address)
in St. Louis (County/City of St. Louis), MO, on 09-08-20 (date) at 1118 (time).
_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server
          **Must be sworn before a notary public if not served by an authorized officer:**
*(Seal)*      Subscribed and sworn to before me on _____ (date).
          My commission expires: _____   _____
                                              Date              Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

**SHERIFF FEE PAID**

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 20-SMCC-7891     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



Willie Cox

6929 Claremore Ave.

St. Louis, Missouri 63121

# IN THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

CASE NO. 20SL-CC04307

Willie Cox, the Beneficiary of the Contract/Trust, with all Rights Reserved.

Plaintiff

"in propria persona" the Beneficiary, with all Rights Reserved.

v.

LYNN WOODARD, foreign agent, corporate construct.

Defendant

# Demand for Trial by Jury in a Court of Record.

I, Willie Cox, the Beneficiary of the Contract/Trust, with all Rights Reserved, "in propria persona" do hereby Demand for a Trial by Jury in a Court of Record.

Date: 9/14/2020

Willie Cox, the Beneficiary of the Contract/Trust, with all Rights Reserved.

## JURAT/ACKNOWLEGEMENT

STATE OF MISSOURI

ST. LOUIS COUNTY

On this_____14_day of_SEP___AD, 2020, Willie Cox, the Beneficiary of the Contract/Trust, with all Rights Reserved, did personally appear before me, is known to be the people operating in the    capacity for signature described herein, who executed the forgoing, and acknowledged the contents thereof; and executed the same as His freewill act and deed. Subscribe to before the undersigned.

_____DATE: _09/14/20_

## Signature of Notary

DAKSHA · D. DESAI.

```
DAKSHA D DESAI
Notary Public - Notary Seal
STATE OF MISSOURI
Comm. Number 17868077
St. Louis County
My Commission Expires: May 23, 2023
```

## Printed name of Notary

## My commission expires_05/23/2023_

DAMAGES FOR FALSE ARREST AND FALSE IMPRISONMENT.

An individual subjected to a false arrest is entitled to two types of compensatory **damages:** (1) for loss of **liberty** and (2) for **physical** and **emotional distress. ...** The court awarded plaintiff $15,000 for the false arrest. With respect to false imprisonment, damages can be either general or special.

The 5 (five) elements of a false imprisonment claims are:

The defendant **intentionally restrained, detained, or confined someone.**

The restraint, detention, or **confinement forced the plaintiff to stay or go.**

The **plaintiff did not consent.**

The plaintiff was harmed, and

**Special Damages** are sought in lawsuits based on **contract** and TORT. They are asked for in addition to "general damages." These two types are classified as **COMPENSATORY DAMAGES** and are both designed to return plaintiff to the position he was prior to the injury.

As a result of the **Civil Rights Act of 1991,** in addition to back pay, attorneys' fees, court costs, and other out-of-pocket expenses, employees who win an ADA or Title VII discrimination case can ask the court to award damages for **pain and suffering** and **punitive damages.**